# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | THE BRANDYWINE BUILDING | | |
|---|---|---|---|---|
| SHELDON N. SANDLER | PAULINE K. MORGAN | 1000 WEST STREET, 17TH FLOOR | IAN J. BAMBRICK | KAREN E. KELLER |
| RICHARD A. LEVINE | C. BARR FLINN | WILMINGTON, DELAWARE 19801 | RYAN M. BARTLEY | JENNIFER M. KINKUS |
| RICHARD A. ZAPPA | NATALIE WOLF | | DONALD J. BOWMAN, JR. | SARA BETH A. R. KOHUT |
| DAVID C. MCBRIDE | LISA B. GOODMAN | | ELISABETH S. BRADLEY | EVANGELOS KOSTOULAS |
| JOSEPH M. NICHOLSON | JOHN W. SHAW | | MICHELE SHERRETTA BUDICAK | PILAR G. KRAMAN |
| CRAIG A. KARSNITZ | JAMES P. HUGHES, JR. | P.O. BOX 391 | EMILY V. BURTON | JOHN C. KUFFEL |
| BARRY M. WILLOUGHBY | EDWIN J. HARRON | WILMINGTON, DELAWARE 19899-0391 | ERIKA R. CAESAR | PAUL J. LOUGHMAN |
| ANTHONY G. FLYNN | MICHAEL R. NESTOR | | JEFFREY T. CASTELLANO | JAIME N. LUTON |
| JEROME K. GROSSMAN | ROLIN P. BISSELL | | DOUGLAS T. COATS | ANDREW L. MAGAZINER |
| EUGENE A. DIPRINZIO | SCOTT A. HOLT | | KARA HAMMOND COYLE | KATHALEEN MCCORMICK |
| JAMES L. PATTON, JR. | JOHN T. DORSEY | (302) 571-6600 | KRISTEN SALVATORE DEPALMA | TAMMY L. MERCER |
| ROBERT L. THOMAS | M. BLAKE CLEARY | (800) 253-2234 (DE ONLY) | MARGARET M. DIBIANCA | LAUREN E. MOAK |
| WILLIAM D. JOHNSTON | CHRISTIAN DOUGLAS WRIGHT | FAX: (302) 571-1253 | JUSTIN P. DUDA | MICHAEL S. NEIBURG |
| TIMOTHY J. SNYDER | DANIELLE GIBBS | | MARY F. DUGAN | JENNIFER R. NOEL |
| BRUCE L. SILVERSTEIN | JOHN J. PASCHETTO | | ERIN EDWARDS | ROBERT F. POPPITI, JR. |
| WILLIAM W. BOWSER | NORMAN M. POWELL | 110 WEST PINE STREET | KENNETH J. ENOS | NICHOLAS J. ROHRER |
| RICHARD A. DILIBERTO, JR. | ELENA C. NORMAN | P.O. BOX 594 | MARIS FINNEGAN | JUSTIN H. RUCKI |
| MELANIE K. SHARP | EDMON L. MORTON | GEORGETOWN, DELAWARE 19947 | DAVID M. FRY | ANDREW E. RUSSELL |
| CASSANDRA F. ROBERTS | JOHN E. TRACEY | (302) 856-3571 | WILLIAM E. GAMGORT | CHERYL A. SANTANIELLO |
| RICHARD J.A. POPPER | ADAM W. POFF | (800) 255-2234 (DE ONLY) | MARGARET WHITEMAN GREECHER | MORGAN L. SEWARD |
| NEILLI MULLEN WALSH | SEAN M. BEACH | FAX: (302) 856-9338 | SEAN T. GREECHER | MONTÉ T. SQUIRE |
| ROBERT S. BRADY | JOSEPH M. BARRY | WWW.YOUNGCONAWAY.COM | A. DAVID HANSEN | MICHAEL P. STAFFORD |
| JOEL A. WAITE | SHARON M. ZIEG | | STEPHANIE L. HANSEN | RICHARD J. THOMAS |
| BRENT C. SHAFFER | DAVID R. HURST | | JAMES L. HIGGINS | JAMES M. YOCH, JR. |
| DANIEL P. JOHNSON | TIMOTHY E. LENGKEEK | | PATRICK A. JACKSON | |
| CRAIG D. GREAR | MATTHEW B. LUNN | DIRECT DIAL: (302) 571-6681 | | OF COUNSEL |
| TIMOTHY JAY HOUSEAL | DANIEL F.X. GEOGHAN | DIRECT FAX: (302) 576-3333 | COUNSEL | BRUCE M. STARGATT |
| MARTIN S. LESSNER | (NY, NJ, MI ONLY) | msharp@ycst.com | CURTIS J. CROWTHER | |
| | | | ADRIA B. MARTINELLI | |
| | | | KAREN L. PASCALE | |

July 25, 2011

**BY E-FILE & FEDERAL EXPRESS**

The Honorable Noel L. Hillman
Mitchell H. Cohen Building & U.S. Courthouse
4h & Cooper Streets, Room 1050
Camden, NJ 08101

The Honorable Ann Marie Donio
Mitchell H. Cohen Building & U.S. Courthouse
4h & Cooper Streets, Room 1050
Camden, NJ 08101

      Re:    *NCR Corporation v. BB 2009 Trust*,
               C.A. 11-481 (D. Del) (NLH-AMD)

Dear Judge Hillman and Magistrate Judge Donio:

      I write on behalf of my client, NCR Corporation ("NCR"), plaintiff in the above-captioned action. NCR's Opposition to BB 2009 Trust's Motion to Dismiss (D.I. 10) and BB 2009 Trust's Reply (D.I. 11) have now been filed and briefing is complete. Pursuant to District of Delaware Local Rule 7.1.4[1], NCR respectfully requests oral argument on the motion at the Court's convenience.

                                          Respectfully,

                                          /s/ *Melanie K. Sharp*

                                          Melanie K. Sharp (No. 2501)

MKS:ams

cc:    Rodger D. Smith II, Esquire (by e-mail)

---

[1] Local Rule 7.1.4 provides that "[a]n application for oral argument shall be in writing and shall be made no later than 7 days after service of a reply brief."