IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NCR CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-481-NLH-AMD |
| | ) |
| BB 2009 TRUST, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Paul S. Hessler and Robert H. Bell of LINKLATERS LLP to represent BB 2009 Trust in this matter.

In accordance with Standing Order for District Court Fund effective July 23, 2009, movant states that the annual fee of $25.00 per attorney, if not previously paid, will be submitted to the Clerk's Office with this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
rsmith@mnat.com

*Attorneys for Defendant BB 2009 Trust*

OF COUNSEL:

Paul S. Hessler
Robert H. Bell
LINKLATERS LLP
1345 Avenue of the Americas
New York, NY 10105

July 29, 2011
4341817

SO ORDERED this ___ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Paul S. Hessler, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the state of New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 7/27/11

Paul S. Hessler
LINKLATERS LLP
1345 Avenue of the Americas
New York, NY 10105
paul.hessler@linklaters.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Robert H. Bell, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the state of New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 7/27/11

Robert H. Bell
LINKLATERS LLP
1345 Avenue of the Americas
New York, NY 10105
robert.bell@linklaters.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Melanie K. Sharp
> Erika R. Caesar
> Young, Conaway, Stargatt & Taylor LLP

I further certify that I caused copies of the foregoing document to be served on July 29, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Melanie K. Sharp<br>Erika R. Caesar<br>Young, Conaway, Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | *VIA ELECTRONIC MAIL* |
| James E. Brandt<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, NY 10022-4834 | *VIA ELECTRONIC MAIL* |
| Maximilian A. Grant<br>Michael David<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004-1304 | *VIA ELECTRONIC MAIL* |

/s/ *Rodger D. Smith II*
_____
Rodger D. Smith II (#3778)