IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NCR CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-481-NLH-AMD |
| | ) |
| BB 2009 TRUST, | ) |
| | ) |
| Defendant. | ) |

## BB 2009 TRUST'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Fed. R. Civ. P. 7.1, to the best of its knowledge, the undersigned hereby discloses that BB 2009 Trust is wholly owned by Blockbuster L.L.C., which is indirectly, wholly owned by DISH Network Corporation. As a trust, BB 2009 Trust does not issue stock, and therefore no publicly held corporation owns 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
rsmith@mnat.com

*Attorneys for Defendant BB 2009 Trust*

OF COUNSEL:

Paul S. Hessler
Robert H. Bell
LINKLATERS LLP
1345 Avenue of the Americas
New York, NY 10105
(212) 903-9000

July 29, 2011

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Melanie K. Sharp
> Erika R. Caesar
> Young, Conaway, Stargatt & Taylor LLP

I further certify that I caused copies of the foregoing document to be served on July 29, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Melanie K. Sharp<br>Erika R. Caesar<br>Young, Conaway, Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | *VIA ELECTRONIC MAIL* |
| James E. Brandt<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, NY 10022-4834 | *VIA ELECTRONIC MAIL* |
| Maximilian A. Grant<br>Michael David<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004-1304 | *VIA ELECTRONIC MAIL* |

/s/ *Rodger D. Smith II*
_____
Rodger D. Smith II (#3778)