IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NCR CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-481-NLH-AMD |
| | ) | |
| BB 2009 TRUST, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Paul S. Hessler and Robert H. Bell of LINKLATERS LLP to represent BB 2009 Trust in this matter.

In accordance with Standing Order for District Court Fund effective July 23, 2009, movant states that the annual fee of $25.00 per attorney, if not previously paid, will be submitted to the Clerk's Office with this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
rsmith@mnat.com

*Attorneys for Defendant BB 2009 Trust*

OF COUNSEL:

Paul S. Hessler
Robert H. Bell
LINKLATERS LLP
1345 Avenue of the Americas
New York, NY 10105

July 29, 2011
4341817

SO ORDERED this 2nd day of AUGUST, 2011.

_____
~~UNITED STATES DISTRICT JUDGE~~

**ANN MARIE DONIO**
**United States Magistrate Judge**

at Camden, NJ

- 2 -