IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NCR CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C. A. No.: 11-481-NLH-AMD |
| v. | ) | |
| | ) | |
| BB 2009 TRUST, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**<u>NOTICE OF CHANGE OF ADDRESS</u>**

PLEASE TAKE NOTICE that effective January 30, 2012, the office address for Young Conaway Stargatt & Taylor, LLP, counsel for Plaintiff NCR Corporation has changed to the following:

> Melanie K. Sharp, Esquire
> Erika R. Caesar, Esquire
> Young Conaway Stargatt & Taylor, LLP
> Rodney Square
> 1000 North King Street
> Wilmington, DE 19801

The firm's telephone number, facsimile number and attorney e-mail addresses are unchanged.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Melanie K. Sharp*

Melanie K. Sharp (No. 2501)
Erika R. Caesar (No. 5143)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

LATHAM & WATKINS LLP
James E. Brandt
885 Third Avenue
New York, NY 10022-4834
(212) 906-1200

Maximilian A. Grant
Michael David
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
(202) 637-2200

Dated: February 2, 2012          *Attorneys for NCR Corporation*