**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| NCR CORPORATION, | : | Civil Action No. |
| Plaintiff, | : | 11-0481 (NLH)(AMD) |
| v. | : | |
| BB 2009 TRUST, | : | **ORDER** |
| Defendant. | : | |

    For the reasons expressed in the Court's Opinion filed today,

    IT IS HEREBY on this <u>9th</u> day of <u>February</u>, 2012

    ORDERED that defendant's Motion to Dismiss for Failure to Join a Necessary and Indispensable Party [6] is CONTINUED for thirty days; and it is further

    ORDERED that within 20 days from the date of this Opinion, defendant shall file a supplemental letter brief as directed in the Opinion, and within 15 days of the submission of defendant's brief, plaintiff may file a response.  No supplemental brief shall be no longer than five, double-spaced pages.


                                                             s/ Noel L. Hillman

At Camden, New Jersey             NOEL L. HILLMAN, U.S.D.J.