IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NCR CORPORATION,<br><br>   Plaintiff,<br><br>  v.<br><br>BB 2009 TRUST,<br><br>   Defendant. | Civil No. 11-481 (NLH/AMD) |

## SCHEDULING ORDER

  This Scheduling Order sets forth the following directives:

  IT IS this **2nd** day of **April 2012**, hereby **ORDERED**:

  1. The Court will conduct a telephone conference on **April 24, 2012 at 12:00 Noon**. Counsel for plaintiff shall initiate the telephone call.

           s/ Ann Marie Donio
           ANN MARIE DONIO
           United States Magistrate Judge

AT CAMDEN, NEW JERSEY

cc:  Hon. Noel L. Hillman