IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NCR CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C. A. No.: 11-481-NLH-AMD |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| BB 2009 TRUST, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION

Whereas the parties have agreed on and reduced to writing the material terms to resolve the dispute underlying this action and anticipate prompt finalization and execution of the settlement agreement,

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1. The telephonic status conference scheduled for April 24, 2012 at 12:00 Noon is continued until May _____, 2012 at _____ o'clock a.m./p.m.; and

2. The time for Defendant BB 2009 Trust to answer the Complaint is extended through and including May 18, 2012.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Melanie K. Sharp* | */s/ Rodger D. Smith* |
| Melanie K. Sharp (No. 2501)<br>Erika R. Caesar (No. 5143)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19899-0391<br>(302) 571-6681<br>msharp@ycst.com | Rodger D. Smith, II (No. 3778)<br>1201 N. Market Street<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>rsmith@mnat.com |
| LATHAM & WATKINS LLP<br>James E. Brandt<br>885 third Avenue<br>New York, NY 10022-4834<br>(212) 906-1200 | LINKLATERS LLP<br>Paul S. Hessler<br>Robert H. Bell<br>1345 Avenue of the Americas<br>New York, NY 10105<br>(212) 903-9000 |
| Maximilian A. Grant<br>Michael David<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC 20004-1304<br>(202) 637-2200 | *Attorneys for BB 2009 Trust* |

*Attorneys for NCR Corporation*

SO ORDERED this _____ day of _____, 2012.

_____
United States District Judge