IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NCR CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-481-NLH-AMD |
| | ) |
| BB 2009 TRUST, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION

Whereas the parties have agreed on and reduced to writing the material terms to resolve the dispute underlying this action and anticipate prompt finalization and execution of the settlement agreement,

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1. The telephonic status conference scheduled for May 29, 2012 at 2:45 p.m. is continued until June _____, 2012 at _____ a.m./p.m.; and

2. The time for Defendant BB 2009 Trust to answer the Complaint is extended through and including June 1, 2012.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Melanie K. Sharp* | */s/ Rodger D. Smith II* |
| Melanie K. Sharp (#2501) | Rodger D. Smith II (#3778) |
| Erika R. Caesar (#5143) | Jeremy A. Tigan (#5239) |
| Rodney Square | 1201 N. Market Street |
| 1000 North King Street | P.O. Box 1347 |
| Wilmington, Delaware 19899-0391 | Wilmington, DE 19899-1347 |
| (302) 571-6681 | (302) 658-9200 |
| msharp@ycst.com | rsmith@mnat.com |
| ecaesar@ycst.com | jtigan@mnat.com |
| | |
| James E. Brandt | Paul S. Hessler |
| LATHAM & WATKINS LLP | Robert H. Bell |
| 885 third Avenue | LINKLATERS LLP |
| New York, NY 10022-4834 | 1345 Avenue of the Americas |
| (212) 906-1200 | New York, NY 10105 |
| | (212) 903-9000 |
| Maximilian A. Grant | |
| Michael David | *Attorneys for BB 2009 Trust* |
| LATHAM & WATKINS LLP | |
| 555 Eleventh Street, NW | |
| Suite 1000 | |
| Washington, DC 20004-1304 | |
| (202) 637-2200 | |

*Attorneys for NCR Corporation*

May 18, 2012

5934530.1

    SO ORDERED this _____ day of _____, 2012.

    _____
                                      J.