IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NCR CORPORATION,                        )
                                        )
            Plaintiff,                  )
                                        )
     v.                                 )     C.A. No. 11-481-NLH-AMD
                                        )
BB 2009 TRUST,                          )
                                        )
            Defendant.                  )

## STIPULATION

Whereas the parties have agreed on and reduced to writing the material terms to resolve the dispute underlying this action and anticipate prompt finalization and execution of the settlement agreement,

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1.     The telephonic status conference scheduled for May 29, 2012 at 2:45 p.m. is continued until June ___20___, 2012 at ___3:00___ a.m./p.m.; and

2.     The time for Defendant BB 2009 Trust to answer the Complaint is extended through and including June 1, 2012.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Melanie K. Sharp*

_____

Melanie K. Sharp (#2501)
Erika R. Caesar (#5143)
Rodney Square
1000 North King Street
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com
ecaesar@ycst.com

James E. Brandt
LATHAM & WATKINS LLP
885 third Avenue
New York, NY 10022-4834
(212) 906-1200

Maximilian A. Grant
Michael David
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
(202) 637-2200

*Attorneys for NCR Corporation*

May 18, 2012
5934530.1

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

_____

Rodger D. Smith II (#3778)
Jeremy A. Tigan (#5239)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
rsmith@mnat.com
jtigan@mnat.com

Paul S. Hessler
Robert H. Bell
LINKLATERS LLP
1345 Avenue of the Americas
New York, NY 10105
(212) 903-9000

*Attorneys for BB 2009 Trust*

SO ORDERED this __21st__ day of __MAY__, 2012.

_____
ANN MARIE DONIO
**United States Magistrate Judge**

at Camden, NJ

2