IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NCR CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-481 (NLH) (AMD) |
| | ) |
| BB 2009 TRUST, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Defendant BB 2009 Trust to answer the Complaint is extended through and including June 15, 2012.

| YOUNG CONAWAY STARGATT & TAYLOR LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Robert M. Vrana* | */s/ Rodger D. Smith II* |
| Melanie K. Sharp (#2501) | Rodger D. Smith II (#3778) |
| Erika R. Caesar (#5143) | 1201 North Market Street |
| Robert M. Vrana (#5666) | P.O. Box 1347 |
| 1000 North King Street | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 685-9200 |
| (302) 571-6600 | rsmith@mnat.com |
| msharp@ycst.com | *Attorneys for Defendant BB 2009 Trust* |
| ecaesar@ycst.com | |
| rvrana@ycst.com | |
| *Attorneys for Plaintiff NCR Corporation* | |

SO ORDERED this ____ day of _____, 2012.

_____
J.

5855649.2