IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NCR CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-481 (NLH) (AMD) |
| | ) | |
| BB 2009 TRUST, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Defendant BB 2009 Trust to answer the Complaint is extended through and including June 15, 2012.

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ *Robert M. Vrana*

---
Melanie K. Sharp (#2501)
Erika R. Caesar (#5143)
Robert M. Vrana (#5666)
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
msharp@ycst.com
ecaesar@ycst.com
rvrana@ycst.com
*Attorneys for Plaintiff NCR Corporation*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Rodger D. Smith II*

---
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 685-9200
rsmith@mnat.com
*Attorneys for Defendant BB 2009 Trust*

5855649.2

SO ORDERED this 4 day of JUNE, 2012.

_____
                                   J.
**ANN MARIE DONIO**
**United States Magistrate Judge**

at Camden, NJ