IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NCR CORPORATION,             )
                                 )
        Plaintiff,          )
                                 )          C. A. No.:  11-481-NLH-AMD
          v.              )
                                 )          **JURY TRIAL DEMANDED**
BB 2009 TRUST,            )
                                 )
        Defendant.      )

## STIPULATED [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between NCR

Corporation and BB 2009 Trust, pursuant to the terms of a settlement agreement between the

parties and subject to the approval of the Court, that this action is dismissed with prejudice.  The

parties shall bear their own costs and attorneys' fees.  This Court shall retain jurisdiction over all

issues concerning the settlement agreement, including but not limited to enforcing the parties'

settlement agreement, until September 1, 2013.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Melanie K. Sharp*

_____

Melanie K. Sharp (No. 2501)
Erika R. Caesar (No. 5143)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, Delaware  19801
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com


LATHAM & WATKINS LLP
James E. Brandt
885 third Avenue
New York, NY  10022-4834
(212) 906-1200

Maximilian A. Grant
Michael David
555 Eleventh Street, NW
Suite 1000
Washington, DC  20004-1304
(202) 637-2200

*Attorneys for NCR Corporation*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith, II*

_____

Rodger D. Smith, II (No. 3778)
1201 N. Market Street
Wilmington, DE  19899-1347
(302) 658-9200
rsmith@mnat.com

LINKLATERS LLP
Paul S. Hessler
Robert H. Bell
1345 Avenue of the Americas
New York, NY  10105
(212) 903-9000

*Attorneys for BB 2009 Trust*

SO ORDERED this _____ day of _____, 2012.


_____
United States District Judge