IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NCR CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C. A. No.: 11-481-NLH-AMD |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| BB 2009 TRUST, | ) |
| | ) |
| Defendant. | ) |

**STIPULATED ▇▇▇▇ ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between NCR Corporation and BB 2009 Trust, pursuant to the terms of a settlement agreement between the parties and subject to the approval of the Court, that this action is dismissed with prejudice. The parties shall bear their own costs and attorneys' fees. This Court shall retain jurisdiction over all issues concerning the settlement agreement, including but not limited to enforcing the parties' settlement agreement, until September 1, 2013.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Melanie K. Sharp | /s/ Rodger D. Smith, II |
| Melanie K. Sharp (No. 2501)<br>Erika R. Caesar (No. 5143)<br>Robert M. Vrana (No. 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>(302) 571-6681<br>msharp@ycst.com | Rodger D. Smith, II (No. 3778)<br>1201 N. Market Street<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>rsmith@mnat.com<br><br>LINKLATERS LLP<br>Paul S. Hessler<br>Robert H. Bell<br>1345 Avenue of the Americas<br>New York, NY 10105<br>(212) 903-9000 |
| LATHAM & WATKINS LLP<br>James E. Brandt<br>885 third Avenue<br>New York, NY 10022-4834<br>(212) 906-1200 | *Attorneys for BB 2009 Trust* |
| Maximilian A. Grant<br>Michael David<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC 20004-1304<br>(202) 637-2200 | |
| *Attorneys for NCR Corporation* | |

SO ORDERED this 28th day of June, 2012.

_____
United States District Judge
Noel L. Hillman